UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| METRO FIBERNET, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00059-RLY-MPB |
| | ) | |
| JOHNSON CONTROLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ON DEFENDANT'S MOTION TO DISMISS**

On April 2, 2021, Plaintiff Tech Center, LLC ("Tech Center"), filed a complaint against Defendant Johnson Controls, Inc. for breach of contract and various warranties relating to the sale of HVAC equipment.  Defendant filed a motion to dismiss Tech Center's complaint on June 4, 2021.  Tech Center then moved to substitute Metro Fibernet, LLC as the named Plaintiff, and the court granted said motion.  On August 12, 2021, Metro Fibernet filed an amended complaint against Defendant.  Defendant has since moved to compel arbitration or, in the alternative, dismiss the amended complaint.

1

"It is axiomatic that an amended complaint supersedes an original complaint and renders the original complaint void." *Flannery v. Recording Industry Ass'n of America*, 354 F.3d 632, 638 n.1 (7th Cir. 2004).  Accordingly, the court now **DENIES AS MOOT** Defendant's motion to dismiss Plaintiff's original complaint (Filing No. 15).

**SO ORDERED** this 5th day of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record